UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C.L. COMPUTERS AND SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.  16-cv-01485-SK <br><br> **ORDER DISCHARING ORDER TO SHOW CAUSE AND RESETTING CASE MANAGEMENT CONFERENCE** |

On June 23, 2016, the Court issued an Order to Show Cause ("OSC"), requiring Plaintiff A.C.L. Computers and Software, Incorporated ("A.C.L.") to either file a proof of service showing that the complaint was timely served or demonstrate good cause why the time for service should be extended pursuant to Federal Rule of Civil Procedure 4(m).  On June 29, 2016, ACL filed a proof of service stating that Defendant was served on May 26, 2016.  In consideration of the proof of service, the Court HEREBY DISCHARGES the OSC and RESETS the Case Management Conference for August 31, 2016 at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: July 12, 2016

_____
SALLIE KIM
United States Magistrate Judge